11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT



FS Trucking, Inc. and Fausto Sotelo,       \* From the 244th District Court
of Ector County,
Trial Court No. C-23-03-0349-CV.

Vs. No. 11-23-00201-CV       \* August 8, 2024

Stacey Harrison,       \* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there was reversible error in the denial of Appellants' motion to dismiss. Therefore, in accordance with this court's opinion, we reverse the trial court's denial of Appellants' motion to dismiss, and we remand this cause to the trial court for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed against Stacey Harrison.